# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LIFEBRITE LABORATORIES, LLC, and CHRISTIAN FLETCHER, | |
| Plaintiffs, | Case No. 1:23-cv-03748-JPB |
| v. | |
| BLUE CROSS BLUE SHIELD OF FLORIDA, INC. d/b/a FLORIDA BLUE *et al.*, | |
| Defendants. | |

## **NOTICE OF APPEARANCE**

Sarah M. Carrier, of DLA Piper LLP (US), hereby gives notice of her appearance as Attorney of Record in the above-styled action on behalf of Defendants Aetna Health Inc. (Georgia) and Aetna Health Inc. (Florida) (collectively, "Aetna"). Ms. Carrier is a member in good standing of the bar of this Court and maintains an office at DLA Piper LLP (US), One Atlantic Center, 1201 West Peachtree Street, Suite 2900, Atlanta, Georgia, 30309-3450. Ms. Carrier requests that all further pleadings, notices, and other papers be served on her at the address shown below.

Dated: May 17, 2024

Respectfully submitted,

**DLA PIPER LLP (US)**

*/s/ Sarah M. Carrier*
Sarah M. Carrier, Esq.
Georgia Bar No. 377848
Sarah.Carrier@us.dlapiper.com
1201 West Peachtree Street
Suite 2900
Atlanta, Georgia 30309-3450
Telephone: (404) 736-7800
Facsimile: (404) 682-7800

*Attorney for Defendant Aetna Health Inc. (Georgia) and Aetna Health Inc. (Florida)*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that I have this 17th day of May, 2024, served a copy of the foregoing **NOTICE OF APPEARANCE** by filing the same using the Court's ECF system, which will automatically send notification to all counsel of record.

**DLA PIPER LLP (US)**

*/s/ Sarah M. Carrier*
Sarah M. Carrier