UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LIFEBRITE LABORATORIES, LLC; and CHRISTIAN FLETCHER, <br><br>      Plaintiffs, <br><br> v. <br><br> BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC. d/b/a FLORIDA BLUE; BLUE CROSS BLUE SHIELD HEALTHCARE PLAN OF GEORGIA, INC.; ELEVANCE HEALTH, INC. f/k/a ANTHEM INSURANCE COMPANIES, INC.; UNITEDHEALTH GROUP INCORPORATED; AETNA HEALTH INC. (Georgia); and AETNA HEALTH INC. (Florida), <br><br>      Defendants. | Case No. 1:23-cv-03748-JPB |

## NOTICE OF APPEARANCE

COMES NOW, John E. Floyd, of the law firm of Bondurant, Mixson & Elmore, LLP, and enters an appearance as additional counsel on behalf of Plaintiffs LifeBrite Laboratories, LLC and Christian Fletcher, in the above-styled case and requests service of all pleadings, notices, orders, and any other materials involved in this action. Mr. Floyd's contact information is as follows:

John E. Floyd
Georgia Bar No. 266413
Bondurant, Mixson & Elmore, LLP
3900 One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111
floyd@bmelaw.com

Respectfully submitted this 24th day of June, 2024.

/s/ *John E. Floyd*
John E. Floyd
Georgia Bar No. 266413
**BONDURANT, MIXSON & ELMORE, LLP**
3900 One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309
Telephone: (404) 881-4100
floyd@bmelaw.com

*Attorney for Plaintiffs LifeBrite Laboratories, LLC and Christian Fletcher*

## **CERTIFICATE OF SERVICE**

I certify that on this day, I filed the foregoing **NOTICE OF APPEARANCE** using the Court's CM/ECF system, which will automatically email the document to all counsel of record.

This 24th day of June, 2024.

>                                       */s/ John E. Floyd*
>                                       John E. Floyd