UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LIFEBRITE LABORATORIES, LLC; and CHRISTIAN FLETCHER,<br><br>Plaintiffs,<br><br>v.<br><br>BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC. d/b/a FLORIDA BLUE; BLUE CROSS BLUE SHIELD HEALTHCARE PLAN OF GEORGIA, INC.; ELEVANCE HEALTH, INC. f/k/a ANTHEM INSURANCE COMPANIES, INC.; UNITEDHEALTH GROUP INCORPORATED; AETNA HEALTH INC. (Georgia); and AETNA HEALTH INC. (Florida),<br><br>Defendants. | Case No. 1:23-cv-03748-JPB |

**RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY**

698356.1

Pursuant to Local Rule 5.4, I hereby certify that on October 3, 2024, I caused true and correct copies of the following Requests for Production to be served by electronically mailing copies of the same to counsel of record, who, by registering with the Court's CM/ECF system, have consented to electronic service.

- Plaintiffs' Lifebrite Laboratories, LLC and Christian Fletcher Responses to Defendant's Aetna Health Inc. (Georgia) and Aetna Health Inc. (Florida) First Set of Requests for Production

Respectfully submitted this 3rd day of October, 2024.

/s/ DAVID SCHECTER
**MILLER BARONDESS, LLP**
2121 Avenue of the Stars, 26th Floor
Los Angeles, California  90067
Telephone:  (310) 552-4400
Louis R. Miller (admitted pro hac vice)
smiller@millerbarondess.com
David W. Schecter (admitted pro hac vice)
dschecter@millerbarondess.com

/s/ DAX LOPEZ
**DELCAMPO GRAYSON LÓPEZ LLC**
5455 Chamblee Dunwoody Road
Dunwoody, Georgia  30338
Telephone:  (770) 481-0444
Dax E. López (Georgia Bar No. 457888)
dax@dgattorneys.com
J. Antonio DelCampo (Georgia Bar No. 216815)
tony@dglattorneys.com
Randall D. Grayson (Georgia Bar No. 306560)
rgrayson@dglattorneys.com

*Attorneys for Plaintiffs LifeBrite Laboratories, LLC and Christian Fletcher*