# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| LIFEBRITE LABORATORIES, LLC; and CHRISTIAN FLETCHER,<br><br>    Plaintiffs,<br>v.<br><br>BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC. d/b/a FLORIDA BLUE; BLUE CROSS BLUE SHIELD HEALTHCARE PLAN OF GEORGIA, INC.; UNITEDHEALTH GROUP INC.; AETNA INC. (Georgia); and AETNA INC. (Florida),<br><br>    Defendants, | Case No. 1:23-cv-03748-JPB |

## **RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY**

Pursuant to Local Rule 5.4, I hereby certify that on this day, I caused a true and correct copy of DEFENDANT UNITEDHEALTH GROUP, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFFS LIFEBRITE LABORATORIES LLC AND CHRISTIAN FLETCHER to be served by electronically by emailing a copy of the same to all counsel of record, who, by registering with the Court's CM/ECF system, have consented to electronic service.

[*signature page follows*]

Respectfully submitted November 11, 2024.

/s/*Benjamin D. Van Horn*

**SINTON, SCOTT, MINOCK & KEREW**

Scott P. Kerew
Georgia Bar 416629
skerew@ssmklaw.com
Adam J. Sinton
Georgia Bar 235458
asinton@ssmklaw.com
Benjamin D. Van Horn
Georgia Bar 356482
bvanhorn@ssmklaw.com

3438 Peachtree Road NE, Ste 925
Atlanta, Georgia 30326
(470) 323-0003

**ALSTON AND BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Suite 4900
Atlanta, Georgia 30309-3424
Tel: (404) 881-7850

Keith R. Blackwell
keith.blackwell@alston.com
Georgia Bar No. 024493
William H. Jordan
bill.jordan@alston.com
Georgia Bar No. is 405112

*Counsel for UnitedHealth Group, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2024, the foregoing was electronically filed with the Court using CM/ECF, which will automatically serve the same on all counsel of record.

<em>/s/ Benjamin D. Van Horn</em>