UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LIFEBRITE LABORATORIES, LLC,
et al.,

        Plaintiffs,

   v.

BLUE CROSS AND BLUE SHIELD
OF FLORIDA, INC. d/b/a FLORIDA
BLUE, et al.,

        Defendants.

CIVIL ACTION NO.
1:23-CV-03748

## **AMENDED SCHEDULING ORDER**

Upon review of the information contained in the Parties' Joint Motion to Extend Discovery and Amend the Scheduling Order, the Court hereby enters the following deadlines:

1. Fact discovery shall close on December 15, 2025.

2. The deadline for Plaintiffs' expert witness disclosures is January 31, 2026.  Defendants' Rebuttal disclosures shall be due on March 2, 2026. Plaintiffs' rebuttal to Defendants' expert witness disclosures shall be due on April 2, 2026.  Expert discovery shall close on May 1, 2026.

3. Summary Judgment and Daubert Motions shall be due on June 5, 2026.

4.  A Consolidated Pretrial Order, pursuant to Local Rule 16.4, shall be due the latter of (1) June 19, 2026, or (2) 30 days following the entry of an Order from the Court resolving the last Summary Judgment Motion filed by any party, assuming one or more such Motion(s) are filed by June 5, 2026.

**SO ORDERED** this 15th day of May, 2025.

_____
**J. P. BOULEE**
United States District Judge