**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| LIFEBRITE LABORATORIES, LLC; and CHRISTIAN FLETCHER, <br><br> Plaintiffs, <br><br> v. <br><br> BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC. d/b/a FLORIDA BLUE; BLUE CROSS BLUE SHIELD HEALTHCARE PLAN OF GEORGIA, INC.; UNITEDHEALTH GROUP INCORPORATED; AETNA HEALTH INC. (Georgia); and AETNA HEALTH INC. (Florida), <br><br> Defendants. | Case No. 1:23-cv-03748-JPB |

**[PROPOSED] AMENDED SCHEDULING ORDER**

This matter comes before the Court on the Joint Motion to Extend Discovery and Amend the Scheduling Order (With No Adjustment to Summary Judgment or *Daubert* Motion Deadlines). The Court finds that the Parties have been diligent in the performance of discovery and shown good cause for the extension of discovery deadlines and modification of the scheduling order. Accordingly, the motion is GRANTED. The Court hereby modifies the following deadlines as follows:

1. Substantial completion of the production of documents ordered by the Court on October 15, 2025 by December 19, 2026.

2

2.      Fact discovery shall close on April 17, 2026.

3.      The deadline for Plaintiffs' expert witness disclosures is February 27, 2026.  Defendants' rebuttal expert witness disclosures shall be due on April 3, 2026.  Plaintiffs' rebuttal to Defendants' expert witness disclosures shall be due on May 1, 2026.  Expert discovery shall close on May 15, 2026.

4.      All other deadlines shall remain the same, including the deadline for submitting summary judgment and Daubert motions, as well as the deadline for submitting a Consolidated Pretrial order pursuant to Local Rule 16.4.

SO ORDERED this _____ day of _____ , 2025.

_____
Honorable J.P. Boulee
United States District Judge